# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JOHN WILLIAM KEITH BRO,**

    **Plaintiff,**

    vs.                                  CIV. NO. 1:23-00632-MV-JHR

**MARTIN O'MALLEY,**
**Commissioner of Social**
**Security,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered on December 21, 2023 (Doc. 20),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
HONORABLE MARTHA VÁZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE